UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE GRIMES,<br><br>Plaintiff,<br><br>v.<br><br>CARESTL HEALTH,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:25-cv-01067-JAR |

**JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of Plaintiff Michelle Grimes and against Defendant CareSTL Health in the amount set forth in the parties' confidential settlement agreement (Doc. 34). A separate judgment reflecting that amount is issued under seal concurrent herewith.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of Plaintiff Michelle Grimes and against Defendant CareSTL Health in the amount of $4,680 in attorney fees in connection with Plaintiff's motion to enforce the settlement agreement. (Doc. 35).

On this 21st day of October 2026.

John A. Ross
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE